**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Kerwin Ramcharan, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No.: 4:03-1483-12 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 28, 2003, pursuant to 28 U.S.C. § 2255, Kerwin Ramcharan ("petitioner")
commenced this pro se action claiming that he was denied the right to appeal his conviction and
sentence. On April 7, 2005, the government moved for summary judgment. On April 12, 2005,
the Court issued a Roseboro order advising the petitioner of summary judgment dismissal
procedure and informing the petitioner that he must adequately respond within 34 days of the
date of the order. To this date, the petitioner has not responded.

IT IS THEREFORE ORDERED, that the petitioner respond to the government's motion
for summary judgment within 30 days of the date of this order. Failure to respond may result in
the Court granting summary judgment against the petitioner pursuant to the Federal Rules of
Civil Procedure 56(e).

**AND IT IS SO ORDERED**.

_C. Weston Houck_

_____
**C. WESTON HOUCK**
May 18, 2005
Charleston, South Carolina
**UNITED STATES DISTRICT JUDGE**